45 So.2d 795

### KAY–NOOJIN DEVELOPMENT CO. v. KINZER.

### 8 Div. 511.

Supreme Court of Alabama.

March 2, 1950.

Rehearing Denied May 4, 1950.

Douglass Taylor, Robt. K. Bell, Taylor, Bell & Taylor and Patrick W. Richardson, all of Huntsville, for appellant.

Clarence L. Watts and Walter F. Eigenbrod, of Huntsville, for appellee.

LAWSON, Justice.

This is an appeal from a decree overruling a demurrer to a bill in equity.

Marvin D. Kinzer, appellee, filed the bill against appellant, Kay-Noojin development Company, seeking to enjoin the ap-

pellant from maintaining an alleged nuisance and seeking damages for injuries to his property.

The demurrer contained only one ground, namely, that there is no equity in the bill.

The principles discussed and approved by the court on this day in the case of Kay-Noojin Development Company v. Hackett et al., post, p. 588, 45 So.2d 792 are in all respects controlling here.

The judgment appealed from is affirmed upon the authority of that case.

Affirmed.

BROWN, FOSTER, SIMPSON and STAKELY, JJ., concur.